UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**DONALD WATKINS,**

    Plaintiff,

v                                            Case No. 00-72648
                                            Hon. Bernard A. Friedman

**DENNIS STRAUB,**

    Defendant.

_____/

## MEMORANDUM OPINION AND ORDER

This matter is before the Court on Magistrate Judge R. Steven Whalen's Report and Recommendation dated March 21, 2007. No objections were filed thereto.

This Court has had an opportunity to fully review this matter and believes that the Magistrate Judge has reached the correct conclusions for the proper reasons.

ACCORDINGLY:

IT IS HEREBY ORDERED that Magistrate Judge R. Steven Whalen's Report and Recommendation dated March 21, 2007, is hereby accepted and adopted.

IT IS FURTHER ORDERED that the petition for writ of habeas corpus is dismissed.

   April 12, 2007                      s/Bernard A. Friedman
   Detroit, Michigan                BERNARD A. FRIEDMAN
                                           CHIEF JUDGE

**I hereby certify that a copy of the foregoing document was served this date upon counsel of record electronically and/or via first-class mail.**

      **/s/ Patricia Foster Hommel**
        **Patricia Foster Hommel**
  **Secretary to Chief Judge Friedman**